No. 95-9280. QUINTERO-BARRAZA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95-9281. MARBURY v. JABE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 95-9283. NGUYEN v. DEPARTMENT OF DEFENSE. C. A. 4th Cir. Certiorari denied.

No. 95-9284. WACKER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95-9285. RIASCOS-SUAREZ v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95-9286. SMITH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95-9287. PAGAN v. STEPANIK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 95-9288. BOWYER v. INDIANA. Ct. App. Ind. Certiorari denied.

No. 95-9289. EQUILS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95-9290. GARDNER v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 95-9291. SIMS v. BUNNELL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 95-9292. VANDERBECK v. MINNESOTA. Ct. App. Minn. Certiorari denied.

No. 95-9293. COLEMAN v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 95-9294. BEAGLES v. DEPARTMENT OF THE NAVY. C. A. Fed. Cir. Certiorari denied.

No. 95-9295. BROWDER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.